**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

GINGER STENKAMP, et al.,

                    Plaintiffs,

v.                                     CIVIL ACTION NO.   2:12-cv-07087

AMERICAN MEDICAL SYSTEMS, INC.,
et al.,

                    Defendants.

**ORDER**

       Pending is a Motion to Withdraw as Counsel, filed by Trent B. Miracle of the law firm of Simmons Browder Gianaris Angelides and Barnerd, LLC on his behalf and on behalf of John Foley of the Simmons firm and on behalf of their co-counsel, Jayne Conroy and Paul Hanly of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, on January 30, 2013.   [ECF 9.]   In the motion, Mr. Miracle seeks leave under Local Civil Rule 83.4 to withdraw on behalf of all counsel because plaintiffs refuse to communicate with counsel and also have not completed a Plaintiff Profile Form.   Mr. Miracle represents he attempted to contact plaintiffs via telephone and written correspondence on multiple occasions with no response.   According to Mr. Miracle, the plaintiffs also have not completed a Plaintiff Profile Form.

       It is **ORDERED** that if plaintiffs wish to respond to the motion to withdraw, they must do so on or before **February 14, 2013**.  **If plaintiffs do not respond, I will grant the Motion to Withdraw as Counsel.   Plaintiffs are further warned that if they do not complete a Plaintiff Fact Sheet they risk dismissal of their case.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to plaintiffs via certified mail, return receipt requested at 1312 12th Street South, Nampa, ID 83651.

ENTER: January 31, 2013

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE